**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6578**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STEVEN DONEWAN CARR,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:98-cr-00246-RLV-2)

Submitted: October 19, 2011      Decided: November 3, 2011

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Donewan Carr, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Carr, No. 5:98-cr-00246-RLV-2 (W.D.N.C. Apr. 19, 2011); see United States v. Dunphy, 551 F.3d 247, 251-52 (4th Cir. 2009) (providing that district court, pursuant to § 3582(c)(2), has no authority to reduce sentence below minimum of amended Guidelines range where defendant received within-Guidelines sentence at original sentencing). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED